UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELLAHI, ET AL | : | CIVIL ACTION NO.: |
| Plaintiff, | : | 3:17-cv-00174-SRU |
| v. | : | |
| FARMER, ET AL | : | |
| Defendant. | : | AUGUST 14, 2018 |

## **PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL, WITH PREJUDICE**

The Plaintiffs, pursuant to Fed. R. Civ. P. 41(c), move the court to voluntarily dismiss, with prejudice, the claims of plaintiffs, parties shall bear their own costs.

WHEREFORE the motion should be granted.

                                                PLAINTIFF,

                                                BY  /s/ Brittany S. Cates
                                                Brittany S. Cates (ct27106)
                                                bcates@faxonlawgroup.com
                                                FAXON LAW GROUP, LLC
                                                59 Elm Street
                                                New Haven, CT  06510
                                                Tel     203-624-9500
                                                Fax    203-624-9100

## **CERTIFICATION OF SERVICE**

     I hereby certify that, on August 14, 2018, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

PLAINTIFFS,

/s/ Brittany S. Cates
Brittany S. Cates